IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN D. TOWNSEND,              ) | |
|                                ) | |
|    Plaintiff,              ) | |
|                                ) | CIVIL ACTION NO. |
|    v.              ) | 2:15cv855-MHT |
|                                ) | (WO) |
| WARDEN: JOSEPH HEADLEY,   ) | |
| et al.,              ) | |
|                                ) | |
|    Defendants.              ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining of religious discrimination and retaliation by officials and staff at the prison where he formerly was incarcerated.  This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404.  There are no objections to the recommendation.

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 3) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 7th day of December, 2015.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE